IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TOMMY BARFIELD                                                                                          PLAINTIFF

v.                              No: 4:17CV00784 JLH-PSH

ROWDY SWEET, *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 17th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE